**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vincent R. Miller Jr | CHAPTER 13 |
| Jayne Miller | |
| Debtor(s) | BKY. NO. 23-11711 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
16 Jun 2023, 10:24:38, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 1c779016ae0852f16cb850a81a965c29572d5beda939df366188a7eb5c9317f5