5/26/23, 6:59 AM  Case 23-11711-amc    Doc 11    Filed 07/19/23    Entered 07/19/23 14:15:53    Desc Main
My Payslips - Workday
Document      Page 1 of 3

Payslip_to_Print_-_Report_Design_05_26_2023.pdf    1 of 1

Packaging Coordinators Inc.    3001 Red Lion Rd Philadelphia, PA 19114

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jayne Miller | Packaging Coordinators Inc. | 2000728 | 05/08/2023 | 05/21/2023 | 05/26/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 326.91 | 439.10 | 21.98 | 2,096.63 |
| YTD | 31,730.89 | 3,596.01 | 4,830.20 | 241.78 | 23,062.90 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Salary | 05/08/2023 - 05/21/2023 | 80 | 36.0577 | 2,884.62 | 27,980.83 |
| GTL | 05/08/2023 - 05/21/2023 | 0 | 0 | 6.64 | 73.04 |
| Holiday | | 0 | | 0 | 865.40 |
| PTO | | 0 | | 0 | 2,884.66 |
| Earnings | | | | 2,891.26 | 31,803.93 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 167.93 | 1,847.26 |
| Medicare | 39.27 | 432.02 |
| Federal Withholding | 47.57 | 523.26 |
| State Tax - PA | 82.95 | 912.45 |
| SUI-Employee Paid - PA | 1.92 | 21.15 |
| City Tax - PHILA | 99.46 | 1,094.06 |
| Employee Taxes | 439.10 | 4,830.20 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K | 144.24 | 1,586.64 |
| Dental | 51.05 | 561.55 |
| Medical | 127.42 | 1,401.62 |
| Vision | 4.20 | 46.20 |
| Pre Tax Deductions | 326.91 | 3,596.01 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| H.S.I | 10.44 | 114.84 |
| Vol Ltd | 11.54 | 126.94 |
| Post Tax Deductions | 21.98 | 241.78 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 41Match | 115.39 | 1,269.29 |
| Employer Paid Benefits | 115.39 | 1,269.29 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,708.59 | 29,794.56 |
| Medicare - Taxable Wages | 2,708.59 | 29,794.56 |
| Federal Withholding - Taxable Wages | 2,564.35 | 28,207.92 |
| State Tax Taxable Wages - PA | 2,701.95 | 29,721.52 |
| City Tax Taxable Wages - PHILA | 2,891.26 | 31,803.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA_Paid Time Off Plan (PHL) | 0 | 0 | 104 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD Bank | TD | ******1242 | | 2,096.63  USD |



Packaging Coordinators Inc.    3001 Red Lion Rd Philadelphia, PA 19114

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Jayne Miller | Packaging Coordinators Inc. | | | 2000728 | 04/10/2023 | 04/23/2023 | 04/28/2023 | |
| | | Gross Pay | | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 2,884.63 | | 326.91 | 439.12 | 21.98 | | 2,096.62 |
| YTD | | 25,961.64 | | 2,942.19 | 3,951.99 | 197.82 | | 18,869.64 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Salary | 04/10/2023 - 04/23/2023 | 64 | 36.0577 | 2,307.70 | 22,500.05 | OASDI | 167.94 | 1,511.40 |
| GTL | 04/10/2023 - 04/23/2023 | 0 | 0 | 6.64 | 59.76 | Medicare | 39.27 | 353.47 |
| Holiday | | | 0 | | 865.40 | Federal Withholding | 47.57 | 428.12 |
| PTO | 04/10/2023 - 04/23/2023 | 16 | 36.0577 | 576.93 | 2,596.19 | State Tax - PA | 82.95 | 746.55 |
| | | | | | | SUI-Employee Paid - PA | 1.93 | 17.31 |
| | | | | | | City Tax - PHILA | 99.46 | 895.14 |
| Earnings | | | | 2,891.27 | 26,021.40 | Employee Taxes | 439.12 | 3,951.99 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| 401K | | 144.24 | 1,298.16 | H.S.I | 10.44 | 93.96 |
| Dental | | 51.05 | 459.45 | Vol Ltd | 11.54 | 103.86 |
| Medical | | 127.42 | 1,146.78 | | | |
| Vision | | 4.20 | 37.80 | | | |
| Pre Tax Deductions | | 326.91 | 2,942.19 | Post Tax Deductions | 21.98 | 197.82 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| 41Match | | 115.39 | 1,038.51 | OASDI - Taxable Wages | 2,708.60 | 24,377.37 |
| | | | | Medicare - Taxable Wages | 2,708.60 | 24,377.37 |
| | | | | Federal Withholding - Taxable Wages | 2,564.36 | 23,079.21 |
| | | | | State Tax Taxable Wages - PA | 2,701.96 | 24,317.61 |
| Employer Paid Benefits | | 115.39 | 1,038.51 | City Tax Taxable Wages - PHILA | 2,891.27 | 26,021.40 |

| | Federal | | State | Time Off | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | | Description | Accrued | Reduced | Available |
| Allowances | 0 | | 0 | USA_Paid Time Off Plan (PHL) | 0 | 16 | 112 |
| Additional Withholding | 0 | | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD Bank | TD | ******1242 | | 2,096.62    USD |



Packaging Coordinators Inc.  3001 Red Lion Rd Philadelphia, PA 19114

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Jayne Miller | Packaging Coordinators Inc. | | 2000728 | 03/27/2023 | 04/09/2023 | 04/14/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 326.91 | 439.11 | 21.98 | 2,096.62 |
| YTD | 23,077.01 | 2,615.28 | 3,512.87 | 175.84 | 16,773.02 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Salary | 03/27/2023 - 04/09/2023 | 80 | 36.0577 | 2,884.62 | 20,192.35 | OASDI | 167.93 | 1,343.46 |
| GTL | 03/27/2023 - 04/09/2023 | 0 | 0 | 6.64 | 53.12 | Medicare | 39.28 | 314.20 |
| Holiday | | | 0 | | 865.40 | Federal Withholding | 47.57 | 380.55 |
| PTO | | | 0 | | 2,019.26 | State Tax - PA | 82.95 | 663.60 |
| | | | | | | SUI-Employee Paid - PA | 1.92 | 15.38 |
| | | | | | | City Tax - PHILA | 99.46 | 795.68 |
| Earnings | | | | 2,891.26 | 23,130.13 | Employee Taxes | 439.11 | 3,512.87 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K | 144.24 | 1,153.92 | H.S.I | 10.44 | 83.52 |
| Dental | 51.05 | 408.40 | Vol Ltd | 11.54 | 92.32 |
| Medical | 127.42 | 1,019.36 | | | |
| Vision | 4.20 | 33.60 | | | |
| Pre Tax Deductions | 326.91 | 2,615.28 | Post Tax Deductions | 21.98 | 175.84 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 41Match | 115.39 | 923.12 | OASDI - Taxable Wages | 2,708.59 | 21,668.77 |
| | | | Medicare - Taxable Wages | 2,708.59 | 21,668.77 |
| | | | Federal Withholding - Taxable Wages | 2,564.35 | 20,514.85 |
| | | | State Tax Taxable Wages - PA | 2,701.95 | 21,615.65 |
| Employer Paid Benefits | 115.39 | 923.12 | City Tax Taxable Wages - PHILA | 2,891.26 | 23,130.13 |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA_Paid Time Off Plan (PHL) | 0 | 0 | 128 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD Bank | TD | ******1242 | | 2,096.62  USD |