Packaging Coordinators Inc.    3001 Red Lion Rd Philadelphia, PA 19114
Jayne Miller    81 Vermillion Lane Levittown, PA 19054

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| Jayne Miller | Packaging Coordinators Inc. | | 2000728 | 05/22/2023 | 06/04/2023 | 06/09/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|----------------|---------------------|---------|
| Current | 2,884.64 | 326.91 | 439.13 | 21.98 | 2,096.62 |
| YTD | 34,615.53 | 3,922.92 | 5,269.33 | 263.76 | 25,159.52 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Salary | 05/22/2023 - 06/04/2023 | 64 | 36.0577 | 2,307.70 | 30,288.53 | OASDI | 167.94 | 2,015.20 |
| GTL | 05/22/2023 - 06/04/2023 | 0 | 0 | 6.64 | 79.68 | Medicare | 39.28 | 471.30 |
| Holiday | 05/22/2023 - 06/04/2023 | 8 | 36.0577 | 288.47 | 1,153.87 | Federal Withholding | 47.57 | 570.83 |
| PTO | 05/22/2023 - 06/04/2023 | 8 | 36.0577 | 288.47 | 3,173.13 | State Tax - PA | 82.95 | 995.40 |
| | | | | | | SUI-Employee Paid - PA | 1.93 | 23.08 |
| | | | | | | City Tax - PHILA | 99.46 | 1,193.52 |
| Earnings | | | | 2,891.28 | 34,695.21 | Employee Taxes | 439.13 | 5,269.33 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K | 144.24 | 1,730.88 | H.S.I | 10.44 | 125.28 |
| Dental | 51.05 | 612.60 | Vol Ltd | 11.54 | 138.48 |
| Medical | 127.42 | 1,529.04 | | | |
| Vision | 4.20 | 50.40 | | | |
| Pre Tax Deductions | 326.91 | 3,922.92 | Post Tax Deductions | 21.98 | 263.76 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 41Match | 115.39 | 1,384.68 | OASDI - Taxable Wages | 2,708.61 | 32,503.17 |
| | | | Medicare - Taxable Wages | 2,708.61 | 32,503.17 |
| | | | Federal Withholding - Taxable Wages | 2,564.37 | 30,772.29 |
| | | | State Tax Taxable Wages - PA | 2,701.97 | 32,423.49 |
| Employer Paid Benefits | 115.39 | 1,384.68 | City Tax Taxable Wages - PHILA | 2,891.28 | 34,695.21 |

| | Federal | State | Time Off | | |
|--|---------|-------|----------|--|--|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA_Paid Time Off Plan (PHL) | 0 | 8 | 96 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD Bank | TD | ******1242 | | 2,096.62    USD |