Packaging Coordinators Inc.    3001 Red Lion Rd Philadelphia, PA 19114
Jayne Miller    81 Vermillion Lane Levittown, PA 19054

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Jayne Miller | Packaging Coordinators Inc. | | 2000728 | 06/05/2023 | 06/18/2023 | 06/23/2023 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 2,884.62 | 326.91 | 439.10 | 21.98 | | 2,096.63 |
| YTD | | 37,500.15 | 4,249.83 | 5,708.43 | 285.74 | | 27,256.15 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Salary | 06/05/2023 - 06/18/2023 | 80 | 36.0577 | 2,884.62 | 33,173.15 | OASDI | 167.93 | 2,183.13 |
| GTL | 06/05/2023 - 06/18/2023 | 0 | 0 | 6.64 | 86.32 | Medicare | 39.27 | 510.57 |
| Holiday | | | 0 | | 1,153.87 | Federal Withholding | 47.57 | 618.40 |
| PTO | | | 0 | | 3,173.13 | State Tax - PA | 82.95 | 1,078.35 |
| | | | | | | SUI-Employee Paid - PA | 1.92 | 25.00 |
| | | | | | | City Tax - PHILA | 99.46 | 1,292.98 |
| Earnings | | | | 2,891.26 | 37,586.47 | Employee Taxes | 439.10 | 5,708.43 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K | 144.24 | 1,875.12 | H.S.I | 10.44 | 135.72 |
| Dental | 51.05 | 663.65 | Vol Ltd | 11.54 | 150.02 |
| Medical | 127.42 | 1,656.46 | | | |
| Vision | 4.20 | 54.60 | | | |
| Pre Tax Deductions | 326.91 | 4,249.83 | Post Tax Deductions | 21.98 | 285.74 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 41Match | 115.39 | 1,500.07 | OASDI - Taxable Wages | 2,708.59 | 35,211.76 |
| | | | Medicare - Taxable Wages | 2,708.59 | 35,211.76 |
| | | | Federal Withholding - Taxable Wages | 2,564.35 | 33,336.64 |
| | | | State Tax Taxable Wages - PA | 2,701.95 | 35,125.44 |
| Employer Paid Benefits | 115.39 | 1,500.07 | City Tax Taxable Wages - PHILA | 2,891.26 | 37,586.47 |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA_Paid Time Off Plan (PHL) | 0 | 0 | 96 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD Bank | TD | ******1242 | | 2,096.63 USD |