Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11711-AMC**

Vincent R. Miller, Jr.  
Jayne Miller  
81 Vermillion Lane  
Levittown  PA    19054

Petition Filed Date: 06/09/2023  
341 Hearing Date: 08/04/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/17/2023 | $1,100.00 | | | | | | | |

**Total Receipts for the Period:  $1,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL H YOUNG, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»»  001 | Secured Creditors | $11,584.06 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $554.84 | $0.00 | $0.00 |
| 3 | RECOVERY EXCHANGE LLC<br>»»  003 | Unsecured Creditors | $603.26 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $463.11 | $0.00 | $0.00 |
| 5 | ONE MAIN FINANCIAL<br>»»  05S | Secured Creditors | $566.60 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL<br>»»  05U | Unsecured Creditors | $7,152.88 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $655.62 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $781.03 | $0.00 | $0.00 |
| 9 | MARINER FINANCE LLC<br>»»  008 | Unsecured Creditors | $620.79 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11711-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,100.00 | Current Monthly Payment: | $1,100.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,100.00 |
| Paid to Trustee: | $99.00 | Total Plan Base: | $66,000.00 |
| Funds on Hand: | $1,001.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.