IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: VINCENT R. MILLER, JR. ) | |
|          JAYNE MILLER ) | |
|          **Debtors(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | Case No.: 23-11711 (AMC) |
| dba GM FINANCIAL ) | |
|          **Moving Party** ) | |
| ) | |
|      v. ) | |
| ) | |
| VINCENT R. MILLER, JR. ) | |
| JAYNE MILLER ) | |
|          **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|          **Trustee** ) | |

**PRAECIPE WITHDRAWING GM FINANCIAL'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw GM Financial's Objection To Confirmation, filed on or about October 5, 2023 in the above-referenced case, number 22 on the docket.

Date: 12/12/23

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial