IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: VINCENT R. MILLER, JR. <br> JAYNE MILLER <br> **Debtors(s)** | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL <br> **Moving Party** | Case No.: 23-11711 (AMC) |
| v. | |
| VINCENT R. MILLER, JR. <br> JAYNE MILLER <br> **Respondent(s)** | |
| SCOTT F. WATERMAN <br> **Trustee** | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Objection To Confirmation, and filed on or about December 12, 2023 in the above matter is APPROVED.

Dated: December 14, 2023

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE