United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-11711-amc |
|---|---|
| Vincent R. Miller, Jr. | Chapter 13 |
| Jayne Miller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent R. Miller, Jr., Jayne Miller, 81 Vermillion Lane, Levittown, PA 19054-1058 |
| 14801565 | + | AmeriCredit Financial Services, Inc., dba GM Financial, c/o William E. Craig, Esq., 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |
| 14791483 | + | Federal Home Loan Mortgage Corp. as trustee, Freddie Mac Seasoned Loans, Transaction Trust, c/o Michael Farrington, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14789182 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14801200 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 15 2023 00:09:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 14791160 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 15 2023 00:09:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14789169 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 15 2023 00:09:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14789170 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 15 2023 00:09:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14789171 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 00:12:32 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14799833 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2023 00:23:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14789172 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2023 00:13:02 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14789173 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2023 00:23:56 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14790968 | ^ | MEBN | Dec 15 2023 00:07:45 | Federal Home Loan Mortgage Corporation, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14808241 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 15 2023 00:10:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14789175 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2023 00:09:00 | Jefferson Capital Systems, LLC, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 14789174 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2023 00:09:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 14792970 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 23-11711-amc   Doc 32   Filed 12/16/23   Entered 12/17/23 00:33:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 155 | Total Noticed: 24 |

|  |  |  | Dec 15 2023 00:23:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 14789176 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 15 2023 00:09:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14789177 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 15 2023 00:09:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14789178 | + | Email/PDF: cbp@omf.com | Dec 15 2023 00:12:58 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14789179 | + | Email/PDF: cbp@omf.com | Dec 15 2023 00:23:54 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14794840 | ^ | MEBN | Dec 15 2023 00:07:27 | Recovery Exchange, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14789181 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 15 2023 00:10:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14789180 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 15 2023 00:10:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARK A. CRONIN | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Jayne Miller support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Vincent R. Miller Jr. support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 14, 2023 | Form ID: 155 | Total Noticed: 24

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Vincent R. Miller, Jr. and Jayne Miller
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−11711−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 13, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge, United States Bankruptcy Court

31
Form 155