| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11711-AMC**

Vincent R. Miller, Jr.
Jayne Miller
81 Vermillion Lane
Levittown  PA    19054

Petition Filed Date: 06/09/2023
341 Hearing Date: 08/04/2023
Confirmation Date: 12/13/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $1,100.00 | | 09/19/2023 | $1,140.00 | | 10/18/2023 | $1,140.00 | |
| 11/13/2023 | $1,140.00 | | 12/15/2023 | $1,039.00 | | 01/16/2024 | $1,039.00 | |
| 02/15/2024 | $1,039.00 | | 03/08/2024 | $1,039.00 | | 04/08/2024 | $1,039.00 | |
| 05/20/2024 | $1,039.00 | | 06/17/2024 | $1,039.00 | | 07/15/2024 | $1,039.00 | |

**Total Receipts for the Period: $12,832.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,971.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,700.00 | $3,700.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $14,512.42 | $3,240.22 | $11,272.20 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $554.84 | $0.00 | $554.84 |
| 3 | RECOVERY EXCHANGE LLC<br>»» 003 | Unsecured Creditors | $603.26 | $0.00 | $603.26 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $463.11 | $0.00 | $463.11 |
| 5 | ONE MAIN FINANCIAL GROUP LLC<br>»» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL GROUP LLC<br>»» 05U | Unsecured Creditors | $14,512.88 | $0.00 | $14,512.88 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $655.62 | $0.00 | $655.62 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $781.03 | $0.00 | $781.03 |
| 9 | MARINER FINANCE LLC<br>»» 008 | Unsecured Creditors | $620.79 | $0.00 | $620.79 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Mortgage Arrears | $38,199.30 | $6,567.08 | $31,632.22 |

(CLAIMS AND DISTRIBUTIONS)

**Chapter 13 Case No. 23-11711-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,971.00 | Current Monthly Payment: | $1,038.00 |
| Paid to Claims: | $13,507.30 | Arrearages: | ($9.00) |
| Paid to Trustee: | $1,463.70 | Total Plan Base: | $62,710.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.