U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   VINCENT R. MILLER, JR.          CHAPTER 13
         JAYNE MILLER
         Debtor(s)                        BANKRUPTCY NO. 23-11711AMC

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket# 45, the Motion");

It is hereby **ordered** that

1) The Motion is **granted;** and

2) The Modified Plan (doc. #48) is **approved.**

Date: Dec. 12, 2024

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE