| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-11711-AMC**

Vincent R. Miller, Jr.  
Jayne Miller  
81 Vermillion Lane  
Levittown  PA    19054

Petition Filed Date: 06/09/2023  
341 Hearing Date: 08/04/2023  
Confirmation Date: 12/13/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | $1,039.00 | | 09/16/2024 | $1,039.00 | | 10/30/2024 | $1,039.00 | |
| 12/03/2024 | $1,255.00 | | 01/02/2025 | $1,255.00 | | 01/30/2025 | $1,255.00 | |
| 03/07/2025 | $1,265.00 | | 04/07/2025 | $1,260.00 | | 05/05/2025 | $1,260.00 | |
| 06/03/2025 | $1,260.00 | | 07/07/2025 | $1,260.00 | | | | |

**Total Receipts for the Period:  $13,187.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $28,379.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,700.00 | $3,700.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES »»  001 | Secured Creditors | $14,512.42 | $6,030.49 | $8,481.93 |
| 2 | LVNV FUNDING LLC »»  002 | Unsecured Creditors | $554.84 | $0.00 | $554.84 |
| 3 | RECOVERY EXCHANGE LLC »»  003 | Unsecured Creditors | $603.26 | $0.00 | $603.26 |
| 4 | CAPITAL ONE BANK (USA) NA »»  004 | Unsecured Creditors | $463.11 | $0.00 | $463.11 |
| 5 | ONE MAIN FINANCIAL GROUP LLC »»  05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL GROUP LLC »»  05U | Unsecured Creditors | $14,512.88 | $0.00 | $14,512.88 |
| 7 | LVNV FUNDING LLC »»  006 | Unsecured Creditors | $655.62 | $0.00 | $655.62 |
| 8 | LVNV FUNDING LLC »»  007 | Unsecured Creditors | $781.03 | $0.00 | $781.03 |
| 9 | MARINER FINANCE LLC »»  008 | Unsecured Creditors | $620.79 | $0.00 | $620.79 |
| 10 | SELECT PORTFOLIO SERVICING INC »»  09A | Mortgage Arrears | $38,199.30 | $14,397.11 | $23,802.19 |
| 11 | SELECT PORTFOLIO SERVICING INC »»  09B | Mortgage Arrears | $7,761.66 | $1,791.15 | $5,970.51 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MARINER FINANCE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | MARINER FINANCE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11711-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,379.00 | Current Monthly Payment: | $1,234.00 |
| Paid to Claims: | $25,918.75 | Arrearages: | $1,010.00 |
| Paid to Trustee: | $2,460.25 | Total Plan Base: | $71,345.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.