**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re  VINCENT R. MILLER, JR. | : | CHAPTER 13 |
| JAYNE MILLER | : | |
| Debtor(s) | : | BANKRUPTCY NO. 23-11711 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Vincent R. Miller, Jr. & Jayne Miller, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1** on October 29, 2025. Debtors believe they can become current on all post-petition payments due under the June 27, 2024 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: October 31, 2025