*Form 167* (1/25)–doc 55 – 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Vincent R. Miller Jr. | ) | Case No. 23−11711−amc |
| | ) | |
| | ) | |
|    Jayne Miller | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020−1 Filed by Jayne Miller, Vincent R. Miller Jr. (related document(s)53). (YOUNG, PAUL)

on: 12/3/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: October 31, 2025

For The Court

Mohung Wong
Clerk of Court