# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Vincent R. Miller, Jr.,**<br>        Debtor<br><br>**Jayne Miller,**<br>        Joint Debtor<br><br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1**<br>        Movant<br>v.<br>**Vincent R. Miller, Jr.,**<br>**Jayne Miller,**<br>        Debtor/Respondent<br><br>**Scott F. Waterman,**<br>        Trustee/Respondent | **Bankruptcy No. 23-11711-amc**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this  8th  day of  Jan.  , 20 26 , upon consideration of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1; and it is further

ORDERED, that Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 81 Vermillion Lane Levittown, PA 19054, including without limitation a sheriff's sale of the property.

BY THE COURT

_____
**HON. Ashely M. Chan**
**U.S. Bankruptcy Court Judge**