UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  VINCENT R. MILLER, JR.         :  Chapter  13
        JAYNE A. MILLER
                Debtor                 :

                                       :  Bankruptcy No. 23-11711amc

---

**ORDER**

Upon consideration of Debtor's Motion for an Expedited Hearing  to Vacate the Order

Granting Relief and Reimpose Stay for Federal Home Loan Mortgage Corporation as Trustee for

the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, it is

hereby **ORDERED** and **DECREED** that the Motion for Expedited Hearing is GRANTED and

the Expedited Hearing on the Motion to Vacate the Order of Relief dated January 8, 2026, shall

be heard on the   12th       day of August    , 2026, in front of the Honorable Ashely M.

Chan by telephone conference: Zoom Phone #:  1-646-828-7666; Meeting ID 160 6807 8081 (no

participant ID is necessary)  or in Courtroom #4, U.S. Bankruptcy Court located at  900 Market

Street, Philadelphia, PA 19107.   The hearing is scheduled for 11 a.m.
   Notice of this hearing shall be given no later than 5 p.m. on Aug. 7, 2026.

BY THE COURT:

Date:   August 7, 2026

_____
ASHELY M. CHAN
CHIEF JUDGE, U.S. BANKRUPTCY COURT