**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: VINCENT R. MILLER(Deceased):** | **CHAPTER 13** |
| **JAYNE A. MILLER :** | |
| **Debtor :** | **BANKRUPTCY NO. 23-11711AMC** |

**CERTIFICATE OF SERVICE**

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have served by fax and/or email a true and correct copy of the Court Order scheduling an expedited hearing on Debtor's Motion to Reinstate the Automatic Stay, to the parties indicated below, on August 7, 2026:

U.S. Trustee's Office
ECF and Fax Transmission

Scott Waterman, Trustee
ECF

Ann Swartz, Trustee
aswartz@readingch13.com

Robert Shearer, Esquire
Attorney for Federal Home Loan Mortgage Corporation s Trustee
By Email:
rshearer@raslg.com

Matthew Fissel, Esquire
Attorney for Federal Home Loan Mortgage Corporation s Trustee
By Email:
mfissel@kmllawgroup.com

Debtor

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020
(215) 639-5297

Dated: August 10, 2025