**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**Vincent R. Miller, Jr. and**<br>**Jayne A. Miller,**<br>**Debtors**<br>**v.**<br><br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1,**<br>**Movant** | **CHAPTER.: 13**<br><br>**CASE NO.: 23-11711-amc**<br><br><br><br>**Hearing Date: AUGUST 12, 2026**<br>**Hearing Time: 11:00 a.m.**<br>**Hearing Location: Philadelphia Telephone Hearing or in Courtroom #4** |

**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1's Response to Debtor's Motion to Vacate Order Granting Relief and Reimpose Stay (DE 62)**

**COMES NOW**, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Debtor's Motion to Vacate Order Granting Relief and Reimpose Stay and, in support thereof, states as follows:

1. Secured Creditor holds a mortgage on the property located at 81 Vermillion Ln., Levittown, Pennsylvania 19054 ("Property").
2. On June 9, 2023, Debtor filed a Voluntary Chapter 13 Bankruptcy Petition.
3. On August 4, 2026, Debtor filed a Motion to Vacate Order Granting Relief and Reimpose Stay.
4. On May 20, 2024, Secured Creditor filed a Motion for Relief from the Automatic Stay (DE 35).

5. On June 27, 2024, a Consent Order on Motion for Relief from Stay was filed stating that within 14 days of the stipulation, Debtor is ordered to amend their plan to include the total post-petition arrears and ordering that the Motion for Relief is denied.

6. On October 30, 2025, Secured Creditor filed its Certificate of Default (DE 53).

7. On January 8, 2026, an Order Granting Motion for Relief from Stay was entered (DE 59).

8. On August 4, 2026, Debtor filed a Motion to Vacate Order Granting Relief and Reimpose Stay.

9. Upon review of internal records, Debtor is delinquent in post-petition obligations and due for the March 1, 2025 payment and currently owes Secured Creditor post-petition arrears in the sum of $23,568.72 as of August 5, 2026.

10. Secured Creditor requests the Automatic Stay not be reinstated until the Debtor's post-petition arrearage is fully cured.

11. Secured Creditor reserves the right to amend and or supplement this response prior to the hearing.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order denying Debtor's Motion to Vacate Order Granting Relief and Reimpose Stay as to Secured Creditor and all further relief this Court deems just and proper.

Date: August 11, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**Vincent R. Miller, Jr. and**<br>**Jayne A. Miller,**<br>**Debtors.**<br>**v.**<br><br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1,**<br>**Movant.** | **CHAPTER.: 13**<br><br>**CASE NO.: 23-11711-amc**<br><br><br><br>**Hearing Date: AUGUST 12, 2026**<br>**Hearing Time: 11:00 a.m.**<br>**Hearing Location: Philadelphia Telephone Hearing or in Courtroom #4** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Vincent R. Miller, Jr.
81 Vermillion Lane
Levittown, PA 19054

Jayne Miller
81 Vermillion Lane
Levittown, PA 19054

PAUL H. YOUNG
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee

Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com