UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: VINCENTMILLER, JR.(Deceased) : Chapter 13
JAYNE A. MILLER :
Debtor :
:
:
: Bankruptcy No. 23-11711AMC

## ORDER

Upon consideration of Debtor's Motion to Reinstate the Automatic Say for Federl Home loan mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loan Structured Transaction Trust, Series 2020-1, it is hereby **ORDERED** and **DECREED** that the Automatic Stay is immediately reimposed pending a further hearing scheduled for September 16, 2026 at 11 am.

BY THE COURT:

Date: Aug. 13, 2026

ASHELY M. CHAN
CHIEF JUDGE, U.S. BANKRUPTCY COURT