Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Vincent R. Miller, Jr.
Jayne Miller
81 Vermillion Lane
Levittown, PA 19054

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-11711-AMC**

Petition Filed Date: 06/09/2023
341 Hearing Date: 08/04/2023
Confirmation Date: 12/13/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $1,260.00 | | 09/04/2025 | $1,260.00 | | 10/06/2025 | $1,260.00 | |
| 11/03/2025 | $1,260.00 | | 12/08/2025 | $1,260.00 | | 01/06/2026 | $1,260.00 | |
| 02/09/2026 | $1,265.00 | | 03/09/2026 | $1,265.00 | | 04/29/2026 | $1,250.00 | |
| 05/01/2026 | $1,250.00 | | | | | | | |

**Total Receipts for the Period: $12,590.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $39,709.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,700.00 | $3,700.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $14,512.42 | $8,355.33 | $6,157.09 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $554.84 | $0.00 | $554.84 |
| 3 | RECOVERY EXCHANGE LLC<br>»» 003 | Unsecured Creditors | $603.26 | $0.00 | $603.26 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $463.11 | $0.00 | $463.11 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ONEMAIN FINANCIAL GROUP LLC<br>»» 05U | Unsecured Creditors | $14,512.88 | $0.00 | $14,512.88 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $655.62 | $0.00 | $655.62 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $781.03 | $0.00 | $781.03 |
| 9 | MARINER FINANCE LLC<br>»» 008 | Unsecured Creditors | $620.79 | $0.00 | $620.79 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 09A | Mortgage Arrears | $38,199.30 | $20,921.13 | $17,278.17 |
| 11 | SELECT PORTFOLIO SERVICING INC<br>»» 09B | Mortgage Arrears | $7,761.66 | $3,427.63 | $4,334.03 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11711-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MARINER FINANCE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | MARINER FINANCE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,709.00 | Current Monthly Payment: | $1,234.00 |
| Paid to Claims: | $36,404.09 | Arrearages: | $4,488.00 |
| Paid to Trustee: | $3,304.91 | Total Plan Base: | $71,345.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.