**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Vincent R. Miller, Jr.<br><br>and<br><br>Jayne Miller,<br><br>Debtors.<br><br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1,<br><br>Movant.<br><br>v.<br><br>Vincent R. Miller, Jr.,<br><br>Debtor/Respondent,<br><br>Jayne Miller,<br><br>Co-Debtor/Respondent,<br><br>Scott F. Waterman,<br><br>Trustee/Additional Respondent. | Bankruptcy No. 23-11711-amc<br><br>Chapter 13<br><br>Hearing Date: September 16, 2026<br>Hearing Time: 11:00 AM<br>Location: Courtroom #4 |

**STIPULATION RESOLVING DEBTOR'S MOTION TO REINSTATE AUTOMATIC STAY**

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 ("Secured Creditor" or "Movant"), and Vincent R. Miller, Jr. and Jayne Miller ("Debtors"), by and through the undersigned attorneys, hereby stipulate as follows:

## I. BACKGROUND:

1. On March 31, 2010, Vincent R. Miller, Jr. and Jayne Miller executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $175,026.00.
2. The Mortgage was recorded on March 23, 2010, with the Bucks County Recorder of Deeds.
3. The Mortgage was secured as a lien against the real property located in Bucks County commonly known as 81 Vermillion LN, Levittown, PA 19054 (the "Property").
4. The Note and Mortgage were last assigned to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1.
5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due. As of August 5, 2026, the post-petition arrears owed by Movant is $23,568.72 and consists of the past monthly mortgage payments for March 1, 2025, to August 1, 2026, as well as any other fees due.
6. Debtor shall pay the full amount of the post-petition arrears, i.e., $23,568.72, in a lump sum on or before 10 days from the entry of the Order of Court approving this Stipulation.
7. Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

## II. <u>STIPULATION FOR REINSTATEMENT</u>

8. Debtor confirms and acknowledges his financial obligations to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 under the Note and Mortgage.
9. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraph 5 above.

10. Debtor further confirms and acknowledges his financial obligations and agrees to make regular monthly post-petition payments of principal, interest and escrow going forward.

11. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion. Should the Debtor fail to cure the arrears, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation. If the default is not cured within fifteen (15) days of the Notice, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 may file a Certification of Default with the Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

12. In the event the Debtors defaults on their obligations under this Stipulation by failing to comply with the provisions as set forth above and/or tender in full any of the payments described on or before the dates upon which they are due, then Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, its successors and/or assigns shall serve attorney for the Debtors via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans

Structured Transaction Trust, Series 2020-1, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation without further notice to Debtors or the Order of this Court. If Movant is required to issue a Notice of Default, the Debtors shall pay $125.00 per Notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

13. Secured Creditor further provides that its acceptance of partial payments shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

14. In addition, Debtors agree that they are not permitted more than two (2) defaults from the date of this Stipulation. Debtors agree that if they default under the terms of this Stipulation more than two (2) times, then, without further notice, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

15. Neither Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1's consent to this Stipulation nor Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1's acceptance of any payments tendered by or on behalf of Debtors shall be construed as a waiver of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured

Transaction Trust, Series 2020-1's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation. However, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 agrees to credit the mortgage account of Debtors for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

16. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court"). No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

17. Debtors hereby certify and confirm that they have reviewed the terms of the Stipulation with their attorney, understand and are in agreement with the terms of this Stipulation, and authorize their attorney to execute this Stipulation on their behalf.

IT IS HEREBY STIPULATED:

By: /s/ Robert Shearer Date: September 15, 2026
Robert Shearer
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 83745
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: rshearer@raslg.com
Attorneys for Movant

/s/ Paul H. Young *with express permission* Date: September 15, 2026
PAUL H. YOUNG
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
215-639-5297
Email: support@ymalaw.com

Attorney for Debtor(s)

NO OPPOSITION:

/s/ SCOTT F. WATERMAN *with express permission* Date: 09/15/2026
SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Vincent R. Miller, Jr.<br>and<br>Jayne Miller,<br>Debtors.<br><br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1,<br><br>Movant.<br>v.<br>Vincent R. Miller, Jr.,<br>Debtor/Respondent,<br>Jayne Miller,<br>Co-Debtor/Respondent,<br>Scott F. Waterman,<br>Trustee/Additional Respondent. | Bankruptcy No. 23-11711-amc<br><br>Chapter 13<br><br>Hearing Date: September 16, 2026<br>Hearing Time: 11:00 AM<br>Location: Courtroom #4 |

**ORDER**

AND NOW, this ___ day of September 2026, upon consideration of the foregoing Stipulation to Reimpose the Automatic Stay of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

________________________________
Ashely M. Chan, Chief U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Vincent R. Miller, Jr.<br><br>and<br><br>Jayne Miller,<br><br>Debtors.<br><br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1,<br><br>Movant.<br><br>v.<br><br>Vincent R. Miller, Jr.,<br><br>Debtor/Respondent,<br><br>Jayne Miller,<br><br>Co-Debtor/Respondent,<br><br>Scott F. Waterman,<br><br>Trustee/Additional Respondent. | Bankruptcy No. 23-11711-amc<br><br>Chapter 13<br><br>Hearing Date: September 16, 2026<br>Hearing Time: 11:00 AM<br>Location: Courtroom #4 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on September 16, 2026, I caused to be served a copy of the Stipulation to Reimpose the Automatic Stay of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 via First Class Mail, postage prepaid, and/or electronic mail per the attached Service List.

**Service List**

Vincent R. Miller, Jr.
81 Vermillion Lane
Levittown, PA 19054

Jayne Miller
81 Vermillion Lane
Levittown, PA 19054

PAUL H. YOUNG
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Robert Shearer
Robert Shearer, Esquire