**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Vincent R. Miller, Jr.<br>and<br>Jayne Miller,<br>Debtors.<br><br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1,<br><br>Movant.<br>v.<br>Vincent R. Miller, Jr.,<br>Debtor/Respondent,<br>Jayne Miller,<br>Co-Debtor/Respondent,<br>Scott F. Waterman,<br>Trustee/Additional Respondent. | Bankruptcy No. 23-11711-amc<br><br>Chapter 13<br><br>Hearing Date: September 16, 2026<br>Hearing Time: 11:00 AM<br>Location: Courtroom #4 |

**ORDER**

AND NOW, this 24th day of September 2026, upon consideration of the foregoing Stipulation to Reimpose the Automatic Stay of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

______________________________
Ashely M. Chan, Chief U.S. Bankruptcy Judge